UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

NATALIA R. WALLACE,

        Plaintiff,

v.                                                                       Case No. 5:22-cv-00017

MARY BALDWIN UNIVERSITY,

        Defendant.

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff, Natalia R. Wallace, by counsel, and hereby provides notice that she intends to appeal this matter to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court for the Western District, Harrisonburg Division, entered in this matter on the 1st day of November, 2023 (Dkt. 34). Ms. Wallace also seeks appellate review of an earlier Court order entered in this matter on February 24, 2023 (Dkt. 19) granting Defendant's Motion to Dismiss and dismissing Counts One and Two of the Complaint.

                                                      Respectfully Submitted,

                                                      NATALIA R. WALLACE

                                                      By: _____
                                                      Thomas E. Strelka, Esq. (VSB # 75488)
                                                      STRELKA EMPLOYMENT LAW

L. Leigh Rhoads, Esq. (VSB # 73355)
Brittany M. Haddox, Esq. (VSB # 86416)

1

Monica L. Mroz, Esq. (VSB # 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Ave.
Roanoke, VA 24018
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

CERTIFICATE OF SERVICE

      I certify, that on the 21st day of November, 2023, the foregoing was filed using the Court's CM/ECF system, which will send notification of such filing to the following:

Amanda M. Weaver, Esquire
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
P.O. Box 1320
Richmond, VA 23218
Tel: (804) 420-6226
Fax: (804) 420-6507
aweaver@williamsmullen.com

*Counsel for Defendant*

                                                */s/ Thomas E. Strelka*