FILED: December 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2247
(5:22-cv-00017-EKD)

_____

NATALIA R. WALLACE

      Plaintiff - Appellant

v.

MARY BALDWIN UNIVERSITY

      Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
| Originating Case Number | 5:22-cv-00017-EKD |
| Date notice of appeal filed in originating court: | 11/21/2023 |
| Appellant | Natalia R. Wallace |
| Appellate Case Number | 23-2247 |
| Case Manager | Emily Borneisen<br>804-916-2704 |