FILED: June 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2247
(5:22-cv-00017-EKD)
_____

NATALIA R. WALLACE

       Plaintiff - Appellant

v.

MARY BALDWIN UNIVERSITY

       Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered May 15, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*